FILED

08/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0214

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0214

_____

CRAIG TRACTS HOMEOWNERS'
ASSOCIATION, INC., TARA J. CHAPMAN &
MATTHEW B. LOSEY, DONALD C. and
BEVERLY A. FRIEND, ROBERT J. & ANDREA
E. MARICICH FAMILY TRUST, MICKELSON
INVESTMENTS, LLC, SALLIE A. LOSEY,
HEMINGWAY PATRICK & CAROL T.
REVOCABLE LIVING TRUST,

                       O R D E R

    Plaintiffs and Appellants,

 v.

BROWN DRAKE, LLC,

    Defendant and Appellee.

_____

Appellants Craig Tracts Homeowners' Association, et al., by counsel, have filed a motion for extension of time requesting that their reply brief be filed 14 days after the last amicus brief is filed.

As a general practice, amicus briefs are due on the same date as the brief of the party amicus is supporting. The Court notes that we neglected to include that language in our previous orders of June 30, 2020, and August 20, 2020, granting amicus participation. It should be noted, however, that each motion for leave to participate cited to M. R. App. P. 12(7), which requires such motion to include a date upon which the amicus brief will be filed.

M.R. App. P. 12(3) provides that after a reply brief is filed, no further briefs may be filed without leave of the Court. Per our Internal Operating Rules, after the reply brief is filed, the Clerk of Court forwards all briefs to the Court for the Justices review, and the case is then placed on a future agenda for discussion. Delay in filing amicus briefs will not create a delay for the Court's deliberations.

Furthermore, the Court has long held that amicus curiae cannot raise an issue that has not been raised by the parties. *See Reichart v. State*, 2012 MT 111, ¶ 25, 365 Mont. 92, 278 P.3d 455 (internal citations omitted). Such issues, if raised, shall not be considered. Additionally, M. R. App. P. 12(3) provides that the reply brief must be confined to matters raised in appellee's brief. Therefore,

IT IS HEREBY ORDERED that Appellants' motion for an extension of time to file their reply brief is DENIED. Appellants' reply brief shall be filed on or before September 14, 2020. No additional briefs will be accepted after that date.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 31 2020